

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2020

No. 04-19-00447-CV

Reynaldo **GARZA**, Individually and d/b/a Crown Duty Free, Gerardo Garza, Crown Duty Free, LLC and Crown Duty Free, Inc.,
Appellants

v.

**VOLTRAN DUTY FREE, LTD.,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH000767-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to April 16, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court